

SYRACUSE
4615 North Street
Jamesville, NY 13078
p 315.492.3000
f 716.853.0265

kslnlaw.com

July 21, 2021

**Via PACER**

Hon. Glenn T. Suddaby
US District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

   Re: Devins v. Oneida County, et al.
     Civil Case No.: 6:21-CV-0802 (GTS/ATB)
     KSLN File No.: COO 31371

Your Honor:

Please accept this letter as a joint request from the parties to amend the briefing schedule that was entered on July 20, 2021. Dkt. 13.  Specifically, the parties respectfully request the following amended briefing schedule:

- Defendants' response to the motion for TRO/PI due: **August 13, 2021**;[1]
- Plaintiff's reply in further support of the motion for TRO/PI due: **August 24, 2021**;[2]
- Parties' deadline to notify Court of intention to adduce evidence due: **August 24, 2021**;[3]
- Oral argument date: **unchanged (August 27, 2021)**.

The parties have conferred via e-mail prior to the submission of this letter and are in agreement regarding these proposed dates.  Thank you in advance for your consideration of this matter.

Respectfully,

KENNEY SHELTON LIPTAK NOWAK LLP

*/s/ David H. Walsh*

David H. Walsh, Partner
DHWalsh@kslnlaw.com

DHW/dkc

---

[1] A change from August 6, 2021, as currently scheduled.  *See* dkt. 13.

[2] A change from August 13, 2021, as currently scheduled.  *See* dkt. 13.

[3] A change from August 13, 2021, as currently scheduled.  *See* dkt. 13.