

July 29, 2021

SYRACUSE
4615 North Street
Jamesville, NY 13078
p 315.492.3000
f 716.853.0265

kslnlaw.com

**Via CM/ECF Only**

Hon. Glenn T. Suddaby
US District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

      Re:    Devins v. Oneida County, et al.
             Civil Case No.: 6:21-CV-0802 (GTS/ATB)
             KSLN File No.: COO 31371

Dear Judge Suddaby:

I represent Defendants Oneida County, Oneida County District Attorney's Office and Scott D. McNamara in the above matter. I am writing to respectfully request an extension of time for Defendants to interpose their Answer or otherwise move with respect to Plaintiff's Complaint from the present date of August 6, 2021, to August 13, 2021. Please be advised that I have corresponded with Attorney Goldberg, who has advised that she has no objection to the foregoing request.

If Your Honor has any questions or concerns, please do not hesitate to contact me.

Respectfully,

KENNEY SHELTON LIPTAK NOWAK LLP

David H. Walsh, Partner
DHWalsh@kslnlaw.com

DHW/jhp

CC:    Carrie Goldberg (via CM/ECF Only)