UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ESTATE OF BIANCA DEVINS,

        Plaintiff,

    v.

ONEIDA COUNTY, ONEIDA COUNTY
DISTRICT ATTORNEY'S OFFICE, SCOTT
D. MCNAMARA, JOHN DOES 1-20,

        Defendants.

**NOTICE OF MOTION**

6:21-CV-00802 (GTS/ATB)

| | |
|---|---|
| MOTION ON BEHALF OF: | Defendants, ONEIDA COUNTY, ONEIDA COUNTY DISTRICT ATTORNEY'S OFFICE, SCOTT D. MCNAMARA. |
| DATE, TIME & PLACE OF MOTION: | _____, 2021 at _____ a.m. ON SUBMISSION |
| RELIEF DEMANDED: | An Order, pursuant to Rule 12(b)(1)-(6) of the Federal Rules of Civil Procedure, dismissing plaintiff's complaint, together with any other relief the Court deems just and proper, on grounds that: |

1) the Court lacks subject matter jurisdiction over the state law causes of action for negligence and negligent supervision because plaintiff has not strictly complied with conditions precedent to commencing a lawsuit under General Municipal Law §50-e-i-h and County Law §52;

2) the Court further lacks subject matter jurisdiction over the claims of violations of 18 U.S.C. §§ 2252A and 2255 on grounds that Plaintiff lacks standing, or;

3) plaintiff has failed to state a cause of action against the defendants.

| | |
|---|---|
| SUPPORTING PAPERS: | Exhibits A-B and Defendants' Memorandum of Law, dated August 13, 2021. |
| ANSWERING AFFIDAVITS: | Pursuant to Local Rule 7.1(b)(1) all papers filed in opposition to this motion must be filed with the Court and served on Defendants no later than _____. |
| REPLY PAPERS: | Pursuant to Local Rule 7(b)(1), Defendants hereby advise of their intention to file and serve reply papers. |
| DATED: August 13, 2021 | KENNEY SHELTON LIPTAK NOWAK LLP<br><br>_____<br>David H. Walsh, Esq.<br>Bar Roll No.: 512032<br>Attorneys for Defendants<br>ONEIDA COUNTY,<br>ONEIDA COUNTY DISTRICT ATTORNEY'S OFFICE,<br>SCOTT D. MCNAMARA<br>4615 North Street<br>Jamesville, NY 13078<br>Tel: (315) 492-3000<br>E: dhwalsh@kslnlaw.com |

TO: Carrie Goldberg, Esq.
C. A. Goldberg, PLLC
Attorneys for Plaintiff
ESTATE OF BIANCA DEVINS
16 Court Street, 33rd Floor
Brooklyn, NY 11241
Tel: (646) 666-8908
carrie@cagoldberglaw.com