```
-----------------------------------------------------------X
In The Matter of the Claim Of:
THE ESTATE OF BIANCA DEVINS,         :

                                     :
    Claimant                         :

                                     :
    v.                               :

                                     :
                    NOTICE OF CLAIM
ONEIDA COUNTY, OFFICE OF THE         :
DISTRICT ATTORNEY OF ONEIDA          :
COUNTY, JOHN DOE 1-10                :

                                     :

                                     :
-----------------------------------------------------------X
```


RECEIVED JUN 29 2021 BY:___

TO:     **ONEIDA COUNTY ATTORNEY**
        **PETER M. RAYHILL, ESQ.**
        Oneida County Office Building
        800 Park Avenue
        Utica, NY 13501

        **ONEIDA COUNTY OFFICE OF THE DISTRICT**
        **ATTORNEY**
        **SCOTT D. MCNAMARA**
        235 Elizabeth St.
        Utica, NY 13501

**PLEASE TAKE NOTICE** that KIMBERLY DEVINS, as Administrator of the ESTATE OF BIANCA DEVINS ("Claimant"), by and through their counsel, C. A. GOLDBERG, PLLC, hereby serve notice that they intend to file a claim against ONEIDA COUNTY ATTORNEY and ONEIDA COUNTY OFFICE OF THE DISTRICT ATTORNEY and unknown employees of both, JOHN DOES 1-10, pursuant to General Municipal Law section 50-e. Please be further advised of the following:

## I. TIME & PLACE WHERE CLAIM(S) AROSE

The claims constitute a course of conduct in 2019 – 2021, the most recent of which became known on April 14, 2021. The conduct arose in Utica, New York.

## II. NATURE OF CLAIM(S)

Bianca Devins, age 17, was murdered on July 13, 2019. Oneida County District Attorney prosecuted Brandon Clark for the murder. Clark pleaded guilty to second degree murder on March 16, 2021. Kimberly Devins, the Mother of Bianca Devins and the Administrator of Bianca Devins' Estate, has learned that Oneida County disseminated video(s) of Devins and Clark having sex and then Clark murdering Devins to two or more media outlets, including A&E and 48 Hours. On April 14, 2021, Kimberly Devins learned that not only had Oneida County and/or the District Attorney's Office shared the videos with the media outlets, but they also shared the contents of Bianca's phone which was recovered from the crime scene and contained nude underage images and videos.

Claimant alleges that the following tortious acts occurred as a result of Oneida County and Oneida County District Attorney's actions or negligence:

A. Intentional infliction of emotional distress;
B. Negligence
C. §1983 violation;
D. Monell Liability §1983;
E. 18 U.S.C. §2252A;
F. 18 U.S.C. §2255;
G. 18 U.S.C. §2259

## III. ITEMS OF DAMAGE/INJURIES SUSTAINED

A. violations of rights guaranteed by the United States Constitution and New York State Constitution; and Federal Law

## IV. CLAIMANT & ATTORNEY INFORMATION

The address of the Claimant herein is:

Kimberly Devins,
Administrator of the Estate of Bianca Devins
2660 Edgewood Road
Utica, NY 13501

The address of the Attorneys for Claimant herein is:

Carrie Goldberg
C. A. Goldberg, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241

alleged on information and belief, and that as to those matters, she believes them to be true.

_Kimberly Devins_, Administrator of the Estate of Bianca Devins

Kimberly Devins, Administrator of the Estate of Bianca Devins

Sworn to before me this
__8__ th day of June, 2021

_Katherine R. Ramirez_
Notary Public, State of New York

KATHERINE Z. RAMÍREZ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6394631
Qualified in Bronx County
Commission Expires     July 8, 2023