```
-------------------------------------------------------------------------------X
```
In the Matter of the Claim  Of
THE ESTATE OF BIANCA DEVINS,

     Claimant

     v.

ONEIDA COUNTY, OFFICE OF THE
DISTRICT ATTORNEY OF ONEIDA
COUNTY, JOHN DOE 1-10

     Respondents.

```
-------------------------------------------------------------------------------X
```

**NOTICE OF EXAMINATION PURSUANT TO GENERAL MUNICIPAL LAW § 50-H**

     **PLEASE TAKE NOTICE** that pursuant to the provisions of General Municipal Law § 50-h, **Claimant, Kimberly Devins, as Administrator of the Estate of Bianca Devins**, is hereby required to submit to an oral examination relative to the occurrences specified in her **Notice of Claim, sworn to on the 8th day of June, 2021**, and the extent of injuries and damages for which the claim is made therein, and appear at the **Law Office of William Borrill, 23 Oxford Rd, New Hartford, NY 13413 on the 13th day of September, 2021 at 10:00 a.m.** and/or on any rescheduled date and time, with respect to the evidence material and necessary to the defense of the claim arising from the alleged damages and economic loss.

     **YOU ARE FURTHER REQUIRED**, to produce at said examination:

     1.     Any documents, statements, photographs, or records relevant to the substance of the claim.

     2.     Any reports, studies, or evaluations relevant to claimant's alleged injuries and damages and/or economic loss stemming from the underlying, alleged incident.

DATED:       July 16, 2021
             Jamesville, NY                 KENNEY SHELTON LIPTAK NOWAK LLP


                                            _____
                                            David H. Walsh, Esq.
                                            *Attorneys for Respondents,*
                                            *Oneida County, Office of The District*
                                            *Attorney Of Oneida County*
                                            4615 North Street
                                            Jamesville, NY 13078
                                            E-Mail: DHWalsh@kslnlaw.com
                                            Telephone: (315) 481.3399


TO:     C. A. Goldberg, PLLC
        Carrie Goldberg, Esq.
        *Attorneys for Claimant,*
        *Kimberly Devins,*
        *Administrator of the Estate of Bianca Devins*
        2660 Edgewood Road
        Utica, NY 13501
        Telephone: (646) 666-8908