**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | |
|---|---|
| THE ESTATE OF BIANCA DEVINS<br><br>Plaintiff,<br><br>v.<br><br>ONEIDA COUNTY, ONEIDA COUNTY DISTRICT ATTORNEY'S OFFICE, SCOTT D. MCNAMARA, JOHN DOES 1-20<br><br>Defendants. | **ORDER TO SHOW CAUSE OF PLAINTIFF PURSUANT TO SEPTEMBER 1, 2021 TEXT ORDER OF THE HON. GLENN T. SUDDABY REGARDING CUSTODIAN OF CERTAIN MATERIAL DEPICTING BIANCA DEVINS**<br><br>6:21--CV--00802 -GTS-ATB |

-------------------------------------------------------x

Upon the August 30, 2021 Stipulation and Proposed Order Regarding Certain Material Received by CBS Broadcasting Inc. from Oneida County District Attorneys Office (Dkt. 23) ("CBS the stipulation"); and upon the August 30, 2021 Joint Letter Motion from all parties requesting a conference regarding the mechanics of implementing the stipulation (Dkt. 24); and upon the September 1, 2021 Text Order from Chief Judge Glenn T. Suddaby expressing that the Court has historically received a very limited amount of non-cash collateral (mostly in criminal cases) and that the Court is concerned about it or its Clerk's Office serving as a custodian for the pendency of this proceeding because of concerns that arise from 1) the potential for accidental damage to or loss of the external drive, and 2) to a lesser extent, the fact that counsel have not cited any legal standard governing the Court's receipt, maintenance, return, or destruction of the property ("Text Order"); and upon the Text Order requesting the parties show cause in writing as to why Plaintiff's counsel could not, and should not, serve as the custodian of the external drive, as an officer of the Court ; and upon the September 8, 2021 Declaration of Carrie Goldberg, Esq.; and upon the attached Memorandum of Law in Support of the Order to Show Cause; and good

1

cause having been shown that the Court is the most appropriate custodian for certain material depicting Bianca Devins; it is hereby

**ORDERED,** that pursuant to 18 U.S.C. § 3509(m) and the Parties' August 30, 2021 stipulation with non-party CBS Broadcasting, Inc. ("CBS"), CBS and other recipients of nude, sex, or murder images of Bianca provided by Defendants to members of the public and/or media, shall

  i. Refrain from removing the external drive from the State of New York;

  ii. Deliver the external drive along with all original Oneida County correspondence, verifications, or packaging to the Clerk of this Court in a sealed envelope with the caption and civil action number of this case clearly indicated on the envelope, by no later than 10:00 a.m. 3 business days following service of these papers, by delivering the external drive in-person to the Office of the Clerk of Court located at US District Court Northern District of New York James M. Hanley Federal Building and US Court House 100 S. Clinton St. Syracuse, NY 13261 and

  iii. Pending the delivery of the external drive to the Clerk's Office per this Order, to preserve the external drive in its current unaltered condition by immediately turning it off, refraining from using the external drive for any purpose; refraining from altering, deleting, or overriding any data, depictions, or settings on the external drive; and not connecting it to any other device or network; and it is further

**ORDERED,** that the Clerk of the Court shall safeguard the hard drive in a safe, dry, locked environment inside the unopened envelope and accessible only to specific designated persons; and the Clerk of the Court shall produce the device to Plaintiff for inspection pursuant to Fed. R. Civ. P.34(a) so that a computer expert may, at Plaintiff's expense, perform a forensic examination of

the hard drive to determine whether the hard drive at any time contained visual images of Bianca Devins, a minor, nude or engaging in sexually explicit conduct; and it is further

**ORDERED,** that personal service of a copy of this Order and annexed Declaration, and Memorandum of Law upon Defendant and CBS Broadcast, Inc., on or before ____, 2021 at ___ o'clock shall be deemed good and sufficient service thereof.

**ORDERED,** that responding papers, if any, shall be served upon Plaintiff's counsel on or before the ___ day of ____, 2021.

Dated: _____, New York
         _____, 2021

                                           _____
                                           United States District Judge