# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

September 9, 2021

*By Electronic Filing*

Hon. Glenn T. Suddaby
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

Re:  <u>Estate of Devins v. Oneida County, et al.</u>, No. 6:21-CV-802 (GTS/ATB)

Dear Chief Judge Suddaby:

We represent non-party CBS Broadcasting Inc. ("CBS") in the above-captioned action. Today the Court issued an Order directing defendants to file by September 13 any objections to plaintiff's revised proposed order (Dkt. 28) concerning the external drive delivered to CBS by defendants. (Dkt. 30). Given that (1) the proposed order would govern the actions of CBS, (2) CBS was not consulted about the contents of the proposed order and (3) CBS previously entered into a Stipulation with the parties governing the treatment of the external drive (Dkt. 23), CBS respectfully requests the opportunity also to address the proposed order and submit objections to it in a letter-brief no later than Tuesday, September 14.

Respectfully submitted,

*Thomas B. Sullivan*

Thomas B. Sullivan

cc: All counsel of record (by ECF)