---------------------------------------------------------------------------------X
In the Matter of the Claim Of
THE ESTATE OF BIANCA DEVINS,

    Claimant

  v.

ONEIDA COUNTY, OFFICE OF THE
DISTRICT ATTORNEY OF ONEIDA
COUNTY, JOHN DOE 1-10

    Respondents.

---------------------------------------------------------------------------------X

**AMENDED NOTICE OF EXAMINATION PURSUANT TO GENERAL MUNICIPAL LAW § 50-H**

**PLEASE TAKE NOTICE** that pursuant to the provisions of General Municipal Law § 50-h, **Claimant, Kimberly Devins, as Administrator of the Estate of Bianca Devins**, is hereby required to submit to an oral examination relative to the occurrences specified in her **Notice of Claim, sworn to on the 8th day of June, 2021**, and the extent of injuries and damages for which the claim is made therein, and appear at the **Law Office of William Borrill, 23 Oxford Rd, New Hartford, NY 13413 on the 13th day of October, 2021 at 10:00 a.m.** and/or on any rescheduled date and time, with respect to the evidence material and necessary to the defense of the claim arising from the alleged damages and economic loss.

    **YOU ARE FURTHER REQUIRED**, to produce at said examination:

    1.    Any documents, statements, photographs, or records relevant to the substance of the claim.

    2.    Any reports, studies, or evaluations relevant to claimant's alleged injuries and damages and/or economic loss stemming from the underlying, alleged incident.

DATED: August 23 2021
Jamesville, NY                    KENNEY SHELTON LIPTAK NOWAK LLP

_____
David H. Walsh, Esq.
*Attorneys for Respondents,*
*Oneida County, Office of The District*
*Attorney Of Oneida County*
4615 North Street
Jamesville, NY 13078
E-Mail: DHWalsh@kslnlaw.com
Telephone: (315) 481.3399

TO: C. A. Goldberg, PLLC
Carrie Goldberg, Esq.
*Attorneys for Claimant,*
*Kimberly Devins,*
*Administrator of the Estate of Bianca Devins*
2660 Edgewood Road
Utica, NY 13501
Telephone: (646) 666-8908

2