UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
THE ESTATE OF BIANCA DEVINS,  :  No. 6:21-CV-0802 (GTS/ATB)
:
                  Plaintiff,  :
:  **ORDER**
:  **REGARDING**
-against-  :  **TRANSPORTATION OF**
:  **EXTERNAL HARD DRIVE**
:
ONEIDA COUNTY, ONEIDA COUNTY  :
DISTRICT ATTORNEY, SCOTT D. MCNAMARA,  :
JOHN DOES 1-20,  :
                  Defendants.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     On September 20, 2021, this Court "So Ordered" a Stipulation and Order requiring Non-Party CBS Broadcasting Inc. ("CBS") to "submit to the Court for safekeeping and disposition" an external hard drive containing evidence it received from the Oneida County District Attorney's office (the "Drive"). Dkt. 39 at 2. Upon consideration of CBS's unopposed letter motion for an order concerning the transportation of the Drive to the courthouse, it is this __14th__ day of October 2021, hereby

     **ORDERED** that CBS's letter motion is GRANTED; and it is further

     **ORDERED** that, for purposes of complying with the Stipulation and Order, personnel of CBS, personnel of CBS's counsel of record in this matter, Ballard Spahr LLP ("Ballard Spahr"), and/or other agents hired by CBS or Ballard Spahr, may (1) receive the Drive from CBS, (2) possess the Drive for the purpose of transporting the Drive to the Courthouse; and (3) transport the Drive from its current location to the James M. Hanley Federal Building & U.S. Courthouse

in Syracuse, New York, for the purpose of depositing the drive with the Clerk's Office; and it is further

    **ORDERED** that CBS shall deposit the Drive with the Clerk's Office within five business days of the issuance of this Order.

_/s/ Glenn T. Suddaby_
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: October 14, 2021