UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------- X
:
THE ESTATE OF BIANCA DEVINS,            :   No. 6:21-CV-0802 (GTS/ATB)
                                        :
            Plaintiff,                  :
                                        :
                                        :
        -against-                       :   NOTICE OF APPEARANCE
                                        :
                                        :
ONEIDA COUNTY, ONEIDA COUNTY            :
DISTRICT ATTORNEY, SCOTT D. MCNAMARA,   :
JOHN DOES 1-20,                         :
            Defendants.                 :
                                        :
---------------------------------------- X

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE,** Thomas B. Sullivan, undersigned counsel with Ballard Spahr LLP, hereby enters his appearance as counsel in this civil action on behalf of non-party CBS Broadcasting Inc.  Any and all further correspondence directed to this entity regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated:  November 14, 2022
       New York, New York              Respectfully submitted,

                                                      **BALLARD SPAHR LLP**

                                                      */s/ Thomas B. Sullivan*
                                                      Thomas B. Sullivan
                                                      1675 Broadway, 19th Floor
                                                      New York, NY 10019
                                                      Telephone:  (212) 850-6139
                                                      Facsimile:  (212) 223-1942
                                                      sullivant@ballardspahr.com

                                                      *Attorneys for Non-Party CBS Broadcasting Inc.*