646.666.8908 | 16 COURT STREET, 33rd FLOOR | BROOKLYN, NY 11241
ADAM@CAGOLDBERGLAW.COM | WWW.CAGOLDBERGLAW.COM

November 22, 2022

The Honorable Glenn Suddaby
Federal Building and US Courthouse
PO Box 7367
Syracuse, NY 13261

Delivered via ECF

*RE: Estate of Bianca Devins v Oneida County, et al. 6:21-cv-00802-GTS-ATB*

Dear Judge Suddaby:

As you are aware, C. A. Goldberg, PLLC represents Plaintiff Estate of Bianca Devins in the above-referenced matter. We submit this letter, in response to November 22 2022 letter submitted by David Walsh, Esq., counsel for Defendants Scott D. McNamara, Oneida County, and Oneida County District Attorney's Office (collectively "Defendants") (Dkt. 50). Defendants object to the Estate's request that the Court mandate turnover of the hard drive to the FBI with information about to whom additional duplicates were distributed.

Defendants contend that such a mandate would "potentially implicate 5th Amendment protections given that the Plaintiff alleged criminal violations." It's unclear about whose 5th Amendment protections our adversary was concerned, given that two of the three Defendants, as institutions and not humans, are not entitled to the constitutional protection to avoid self-incrimination. The outrageousness of any of these three Defendants invoking the 5th Amendment to avoid legal responsibility for a crime is so ludicrous it requires no further elaboration.

Respectfully Submitted,

/s/ Adam Massey
Adam Massey
*Attorney for Plaintiff Estate of Bianca Devins*

